IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **OPTICAL LICENSING, LLC,**<br>           Plaintiff,<br><br>v.<br><br>**ARROW ELECTRONICS, INC.,**<br>           Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:21-CV-0186-ADA |
| **OPTICAL LICENSING, LLC,**<br>           Plaintiff,<br><br>v.<br><br>**FUTURE ELECTRONICS CORP.,**<br>           Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:21-CV-0188-ADA |

## CLAIM CONSTRUCTION ORDER

The Court provided the Parties its preliminary constructions of disputed term on January 26, 2022 in anticipation of a January 27, 2022 joint *Markman* hearing. On January 27, 2022, the Parties contacted the Court, stating that they rested on their briefing and did not believe a *Markman* hearing was necessary.

After careful consideration of the Parties' briefs and the applicable law, the Court enters its final constructions for each term as shown below.

SIGNED this 28th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "asynchronous/synchronous logic" | "logic circuitry allowing for asynchronous or synchronous data transfer" | No construction necessary | "logic controlling asynchronous or synchronous data transfer operations" |
| "configuration register" | "register that stores information used to configure the operation of said logic circuitry" | No construction necessary | "register storing configuration information" |